# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIM. NO. 2007-0003 |
| v. ) | |
| ) | |
| HUBE LUCO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

FINCH, J.

      THIS MATTER comes before the Court on a letter submitted by Defendant Hube Luco requesting the return of his passport. The Court construes Defendant's letter as a Motion for Order Directing the Return of Passport. After consideration, it appears to the Court that good cause exists to grant Defendant's request. However, the Court acknowledges that Plaintiff has not been provided with adequate notice of Defendant's Motion. Therefore, it is hereby

      **ORDERED** that Plaintiff shall have 15 days from the date hereof to file a response to Defendant's Motion for Order Directing the Return of Passport.

      **ENTERED this 16 day of April, 2008.**

                                                     /s/
                                       **HONORABLE RAYMOND L. FINCH**
                                       **U.S. DISTRICT JUDGE**